All concur.

MARSHALL A. WELLISCH et al., Respondents, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.—

All concur.

In the Matter of Summary Proceedings by SMYRNA UNION CO-OPERATIVE, INC., Respondent, against ROCKDALE CREAMERY CORPORATION, Appellant.—

All concur.

(November 16, 1943.)

In the Matter of WARREN N. CHASE, an Attorney.—

Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur; Crapser, J., taking no part.

In the Matter of OTTILIE F. LAEGEN, as Administratrix c. t. a. of the Estate of FRANK C. LAEGEN, Deceased, Respondent. ELLIS J. BISGYER, Appellant.—

All concur.

In the Matter of GEORGE J. GILLESPIE et al., Constituting the Board of Water Supply of the City of New York, Respondents, Relative to Acquiring Real Estate on Behalf of the City of New York, in the County of Ulster. (Rondout Riparian Section No. 2, Parcel No. 40.) RONDOUT PAPER MILLS, INC., Appellant.—

All concur.

In the Matter of the Claim of GRAHAM TOOMEY, Appellant, against UNION BAG & PAPER CORPORATION et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—